UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E Ohio St Rm 116  
Indianapolis, IN 46204

SF03011 (rev 04/2021)

In re:

**Dejoyha Lynn Caston**,  
    Debtor.

Case No. **20–01721–JMC–7A**

## TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Randall L. Woodruff deposits the following unclaimed dividends with the Court:

| Payee | Amount |
|---|---|
| Lance Unglesby<br>Unglesby Law Firm<br>607 St. Charles Ave., Ste 300<br>New Orleans, LA 70130 | $16,767.77 |
| **Total Amount**: | $16,767.77 |

Dated: June 2, 2023

/s/ Randall L. Woodruff  
Trustee